**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 97-51030

(Summary Calendar)
_____

MICHAEL IDROGO,

                         Plaintiff - Appellant,

versus


GEORGE GARHART, individually and in enlisted
capacity with the organization calling itself
"US Air Force"; D A LEWELLING, individually
and in official capacity Commanding Officer
Naval Air Station Dallas, and NAS Fort Worth,
Texas; K L LAIN, individually and in Navy
Officer capacity; S A NOTT, individually and
in Navy Officer capacity; T A PEPPE,
individually and in capacity with the
organization calling itself "US Air Force"; S
IRWIN, individually and in capacity with the
organization calling itself "US Air Force"; R
D MCELRAFT, individually and in Navy Officer
capacity; J W MEHRMANN, individually and in
Navy Officer capacity; MIKE NORMILE,
individually and in Navy Officer capacity;
JOHN DALTON, Secretary of the US Navy; S
BURTON; A NESSER; J S KING; SHEILA WIDNALL,
Secretary of the United States Air Force,


                         Defendants - Appellees.

_____

Appeal from the United States District Court
For the Western District of Texas
_____

June 3, 1998

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Michael Idrogo brought numerous state and federal claims against the Secretary of the United States Navy, the Secretary of the United States Air Force, and various personnel of each service. The district court dismissed all of Idrogo's claims with prejudice. Having reviewed the briefs and submissions of the parties, as well as the record, we conclude that the district court correctly dismissed Idrogo's claims. The decision of the district court is hereby AFFIRMED.[1]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] Idrogo's motion for leave to file amendment to brief is hereby denied.